# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 24, 2009

137644

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

                                    SC: 137644
                                    COA: 287393
MICHAEL EDWARD FANN,               Oakland CC: 2008-219716-FH
       Defendant-Appellant.

_____/

       On order of the Court, the application for leave to appeal the October 1, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



       I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 24, 2009 _____     _____

p0217                                                 Clerk